# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| RONALD E. RIES, a married man, | ) | |
| Plaintiff, | ) | No. CV-10-118-LRS |
| vs. | ) | |
| UNITED STATES OF AMERICA, acting through, DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, and CITY OF MOSES LAKE, a Washington municipality, | ) | ORDER OF DISMISSAL WITH PREJUDICE |
| Defendants. | ) | |

The Court having read and considered the Agreed Motion for Voluntary Dismissal With Prejudice (Ct. Rec. 14); having read and considered all pleadings and documents on file herein and otherwise being fully advised in the premises, NOW, THEREFORE,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's Complaint and the above-entitled cause are dismissed with prejudice and without costs to either party.

Dated this 23rd day of September, 2010.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
CHIEF U. S. DISTRICT COURT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE - 1